**Order entered September 15, 2020**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-19-01192-CV**
**No. 05-20-00258-CV**

## THE ESTATE OF LEAH RITA TILLOTSON, DECEASED

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. 18359**

### ORDER

These proceedings were scheduled for submission on September 16, 2020 at 1:00 p.m. via Zoom Web Conferencing. Appellant's counsel notified the Court today, however, that appellant waives oral argument due to illness and requests the Court submit these cases on the briefs. In light of appellant's waiver and request, the Court will submit these cases without oral argument on September 16, 2020 to a panel consisting of Justice Schenck, Justice Osborne, and Justice Partida-Kipness.

/s/ ROBBIE PARTIDA-KIPNESS
PRESIDING JUSTICE